AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 23-MJ-5295 | Date and time warrant executed: 10/13/23 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : N/A |||

Inventory of the property taken and name of any person(s) seized:

N/A
① Black LG, LGLS991, IMEI 357355062960973
② Silver Samsung, SM-J327P
③ Gold LG, LS990, serial 410KPVH0351583

All three items above are already in the custody of the FBI in Los Angeles, CA.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/13/23

Executing officer's signature

SA Po-Ling Shih

Printed name and title